IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALPHONSO BURROUGHS, #06581-018                                                    PETITIONER

VS.                                                CIVIL ACTION NO. 5:06cv108DCB-MTP

CONSTANCE REESE, Warden                                                 RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this case should be transferred to the United States District Court for the Southern District of Georgia.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby transferred to the United States District Court for the Southern District of Georgia.

SO ORDERED this the  8th  day of   November  , 2007.

                                                           s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE